## BANK OF MOBILE V. ROBERTSON BANKING COMPANY.
(Decided Feb. 7, 1911.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. W. H. HERBERT.

ERWIN & McALEER, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed on motion of appellant.

---

## BLEDSOE, ET AL. V. LOGAN.
(Decided June 16, 1911.)

APPEAL from Bibb Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## BOONE V. LOUISVILLE & NASHVILLE R. R. CO.
(Decided May 9, 1911.)

APPEAL from Talladega Circuit Court.

Heard before Hon. JOHN PELHAM.

BOWMAN, HARSH & BEDDOW, for appellant. KNOX, ACKER, DIXON & SIMS, for appellee.

Per curiam. Dismissed by agreement.

---

## BRENNEN V. ELLIS, ET AL.
(Decided Jan. 29, 1911. Rehearing denied April 27, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

NATHAN L. MILLER, and N. A. GRAHAM, for appellant. TILLMAN, BRADLEY & MORROW, for appellee.

MAYFIELD, J.—Reversed and rendered on the authority of McCann v. Ellis, 172 Ala. 60; 55 South. 303.

DOWDELL, C. J., SIMPSON, and McCLELLAN, JJ., concur.